## In re HOILAND.

(Court of Appeals of District of Columbia.    Submitted January 17, 1921.
Decided February 7, 1921.)

No. 1395.

Patents ⬅⬞138(1), 144—Determination whether delay in seeking reissue was
excusable is within Commissioner's discretion.

A determination whether the delay of more than three years after the
issuance of the patent in seeking a reissue with broader claims was ex-
cusable is one largely within the discretion of the Commissioner, and
will not be disturbed on appeal, unless manifest error has been com-
mitted.

Appeal from the Commissioner of Patents.

Application by Albert Hoiland for reissue of a patent.   From a de-
cision of the Commissioner of Patents, refusing to grant the reissue,
applicant appeals.   Affirmed.

James A. Watson, of Washington, D. C., for appellant.

T. A. Hostetler, of Washington, D. C., for appellee.

VAN ORSDEL, Associate Justice.   This appeal is from the refusal
of the Commissioner of Patents to grant a reissue application filed more
than three years after the issuance of the patent.   The invention, as
described by the Commissioner, relates to—

"An internal combustion engine radiator shutter and means for opening
and closing the shutter operated by the temperature of the water in the
radiator, so as to regulate the amount of air passing through the radiator
coils."

The claims were denied upon the settled rule that reissue claims,
which seek to broaden the claims of the original patent, will not be al-
lowed, except for unusual circumstances, which excuse delay.   In re
Starkey, 21 App. D. C. 519.   The determination of this question is one
largely within the discretion of the Commissioner, and will not be dis-
turbed unless manifest error has been committed.

A careful examination of the record fails to disclose any extenuat-
ing circumstances which would justify a departure from the rule.

The decision of the Commissioner of Patents is affirmed.

Affirmed.

Mr. Justice HITZ, of the Supreme Court of the District of Columbia,
sat in the place of Mr. Justice ROBB in the hearing and determination
of this appeal.

⬅⬞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes